Jerome FEITELBERG, On Behalf of Himself, All Others Similarly Situated, And The General Public, Plaintiff–Appellant,

v.

MERRILL LYNCH & CO., a Delaware Corporation; Thomas Mazzucco; Henry Blodget, Defendants–Appellees.

No. 02–17236.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 5, 2003.

Filed Dec. 24, 2003.

Solomon B. Cera, Gold, Bennett, Cera & Sidener LLP, San Francisco, CA, for the Plaintiff–Appellant.

Jonathan C. Dickey, Gibson, Dunn & Crutcher LLP, Palo Alto, CA, for the Defendants–Appellees.

Before BRIGHT,* D.W. NELSON, and RYMER, Circuit Judges.

### ORDER

PER CURIAM.

We affirm for reasons stated by the district court in its opinion, *Feitelberg v. Merrill Lynch & Co., Inc.*, 234 F.Supp.2d 1043 (N.D.Cal.2002).*

AFFIRMED.

* Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

* We deny Feitelberg's Request for Judicial Notice and Merrill Lynch's request for sanctions.